UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GREAT AMERICAN INSURANCE COMPANY, et al.,<br><br>　　　　　Plaintiffs,<br><br>　　v.<br><br>MEDITERRANEAN SHIPPING COMPANY (USA) INC., et al.,<br><br>　　　　　Defendants. | Case No. 19-cv-05488-TSH<br><br>**REFERRAL FOR PURPOSE OF DETERMINING RELATIONSHIP; ORDER VACATING CASE MANAGEMENT CONFERENCE** |

In their Joint Case Management Statement, the parties state this matter is related to *Great American Insurance Company v. Mediterranean Shipping Company (USA) Inc.,* 19-cv-05169-DMR as both matters concern the shipment of frozen shrimp from Krishnapatam, India to Worcester, Massachusetts on the same date with the same parties at issue. ECF No. 16 ¶ 10. Accordingly, pursuant to Civil Local Rule 3-12(c), the above-entitled case is hereby REFERRED to the Honorable Donna M. Ryu for consideration of whether the case is related to *Great American Insurance Company v. Mediterranean Shipping Company (USA) Inc.,* 19-cv-05169-DMR. The case management conference, currently scheduled for December 5, 2019, is **VACATED** pending Judge Ryu's decision.

　　**IT IS SO ORDERED.**

Dated: December 2, 2019

　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　THOMAS S. HIXSON
　　　　　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge