UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GREAT AMERICAN INSURANCE COMPANY, et al.,<br><br>　　　　Plaintiffs,<br><br>　v.<br><br>MEDITERRANEAN SHIPPING COMPANY S.A.,<br><br>　　　　Defendant. | Case No. 19-cv-05488-DMR<br><br>**ORDER OF CONDITIONAL DISMISSAL** |

The court has been notified of the settlement of this action, and it appears that no issue remains for the court's determination.

IT IS HEREBY ORDERED that this action and all claims asserted herein are DISMISSED with prejudice. In the event that the settlement is not reached, any party may move to reopen the case and the trial will be rescheduled, provided that such motion is filed within 30 days of this order. All scheduled dates, including the trial and pretrial dates, are VACATED.

**IT IS SO ORDERED**.

Dated: January 17, 2020



_____
DONNA M. RYU
United States Magistrate Judge